LODGED 2/12/08 -ma

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

THOMAS A. HOFFMAN, ESQ.
Attorney at Law
525 North Lucia Avenue, Unit A
Redondo Beach, CA 90277-3009
TELEPHONE NO.: 310 / 406-1392 FAX NO.: 310 / 406-1381
ATTORNEY FOR (Name): Plaintiff Robert E. Greiling, Jr.

FOR COURT USE ONLY

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

NAME OF COURT: United States District Court, Central District of California, Santa Ana
STREET ADDRESS: 411 West 4th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME:

PLAINTIFF: ROBERT E. GREILING, JR.

DEFENDANT: JOHN ZAHOUDANIS

CASE NUMBER: SACV 99-952 GLT (ANx)

RECEIVED BUT NOT FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION BY DEPUTY

## APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION

☑ ENFORCEMENT OF JUDGMENT ☐ ATTACHMENT (Third Person)
☐ Judgment Debtor ☑ Third Person

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): CONSTANTINE ALEXIS ZAHOUDANIS
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☐ furnish information to aid in enforcement of a money judgment against you.
   b. ☑ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: ~~March 20, 2008~~ Time: 10:00 a.m. ~~AT: 525 N. Lucia Ave., Unit A, Redondo Bch., CA 90277~~
~~Address of court~~ ☒ shown above ☐ is: DATE: APR - 3 2008 COURTROOM: 6B

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):
~~This order may~~ be served pursuant to Czlifornia Code of Civil Procedure, Sections 415.10, 415.20(b).

Date: Feb. 20, 2008

[signature]
JUDGE OR MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. ☑ Judgment creditor ☐ Assignee of record ☐ Plaintiff who has a right to attach order
   applies for an order requiring (name): CONSTANTINE ALEXIS ZAHOUDANIS to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☐ the judgment debtor.
   b. ☑ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008

THOMAS A. HOFFMAN
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION (Attachment—Enforcement of Judgment)**

Code of Civil Procedure, §§ 491.110, 708.110, 708.120
Page one

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

**THOMAS A. HOFFMAN, SBN 33451**
525 NORTH LUCIA AVENUE, UNIT A
REDONDO BEACH, CALIFORNIA 90277-3009
Telephone: 310 / 406-1392 FAX: 310 / 406-1381
email: tomluchia@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. GREILING, JR., Plaintiff, Vs. JOHN ZAHOUDANIS, Defendant. | Case No.: No. SACV 99-952 GLT (ANx) AFFIDAVIT OF THOMAS A. HOFFMAN IN SUPPORT OF APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION |

The undersigned affiant, THOMAS A. HOFFMAN, swears and declares as follows:

1. That he is a member of the State Bar of California and counsel of record for the plaintiff and judgment creditor herein, ROBERT E. GREILING, JR.

2. That, on November 15, 2007, he examined CONSTANTINE ALEXIS ZAHOUDANIS, a witness, pursuant to a stipulation and order entered on or about October 19, 2007, in the record of the within action

3. That, at that examination, DAVID L. CASTERLINE, ESQ., counsel representing the witness, and the witness agreed to the continuation of the examination at a later date.

////

4. That he has attempted on several occasions to obtain a date from DAVID L. CASTERLINE, ESQ. on which to schedule the continued examination, with no response.

I certify and declare under penalty of perjury that the foregoing is true and correct, and that this affidavit was executed at Redondo Beach, CA on the 12th of February, 2008.

Dated: 02-12-2008

THOMAS A. HOFFMAN
Attorney for Plaintiff ROBERT E. GREILING, JR.

AFFIDAVIT OF THOMAS A. HOFFMAN IN SUPPORT OF APPLICATION AND ORDER FOR EXAMINATION

2